UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Smokehouse Brewpub, LLC d/b/a/ Northbound Smokehouse & Brewpub, a Minnesota Limited Liability Company,<br><br>          Plaintiff,<br><br>v.<br><br>Lucid Brewing LLC d/b/a Inbound BrewCo, d/b/a North Loop Brewco, a Minnesota limited liability company,<br><br>          Defendant. | Case No. 0:16-cv-02871-PJS-KMM<br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties to this proceeding, through their undersigned counsel, hereby stipulate and agree that this matter should be dismissed with prejudice, and without an award of legal fees or costs to either party.

Dated:  May 16, 2017       BEST & FLANAGAN LLP

                /s/ *John A. Sullivan*
                Gregory B. Perleberg (#0212477)
                Edward P. Sheu (#312885)
                John A. Sullivan (#0396730)
                60 South Sixth Street, Suite 2700
                Minneapolis, MN 55402
                (612) 339-7121
                gperleberg@bestlaw.com
                esheu@bestlaw.com
                johnsullivan@bestlaw.com

                *Attorneys for Smokehouse Brewpub, LLC*

Dated: May 16, 2017                        WINTHROP & WEINSTINE, P.A.

/s/ *Bradley J. Walz*
Bradley J. Walz (#339891)
Wesley D. Anderson (#395915)
Tucker A. Chambers (#396416)
3500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402-4629
(612) 604-6400
bwalz@winthrop.com
wanderson@winthrop.com
tchambers@winthrop.com

*Attorneys for Defendant Lucid Brewing LLC d/b/a Inbound Brewco and North Loop Brewco*

023024/317001/2620674_1